**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:                                                                CASE NO.: 17-14853-JKF
                                                                              CHAPTER 13

**Dorothy D. Morton,**

**Debtor.**
_____/

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE THAT**, on behalf of U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE NRZ PASS-THROUGH TRUST X ("Secured Creditor"), the undersigned hereby withdraws the following document:

**DE #33, Objection to Confirmation of Plan, filed on February 5, 2018.**

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-241-1969


By: /s/ Kevin Buttery
    Kevin Buttery, Esquire
    Bar Number 319438
Email: kbuttery@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 30, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

DOROTHY D. MORTON
756 FERN STREET
YEADON, PA  19050

JOHN L. MCCLAIN
P.O. BOX 123
NARBERTH, PA 19072-0123

FREDERICK L. REIGLE
2901 ST. LAWRENCE AVE.
P.O. BOX 4010
READING, PA  19606

UNITED STATES TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA  19107

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-241-1969


By: /s/ Kevin Buttery
    Kevin Buttery, Esquire
    Bar Number 319438
    Email: kbuttery@rascrane.com