FOX AND FOX ATTORNEYS AT LAW, P.C.
By: Craig H. Fox, Esquire
Attorney I.D. #49509
706 One Montgomery Plaza
Airy and Swede Streets
Norristown, PA  19401
Telephone:  (610) 275-7990
Facsimile:  (610) 275-2866

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DOROTHY D. MORTON | : | BK NO. 17-14853-jkf |
| Debtor(s) | : | |
| LENDMARK FINANCIAL SERVICES, LLC | : | Chapter 13 |
| Moving Party | : | |
| vs. | : | |
| | : | |
| DOROTHY D. MORTON, | : | |
| Respondent(s) | : | |

NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

LENDMARK FINANCIAL SERVICES, LLC ("Lendmark"), has filed <u>Motion for Relief From automatic Stay</u> with the court <u>to lift the automatic stay as to Lendmark.</u>

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1.     If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before 5/18/18 you or your attorney must do <u>all</u> of the following:

(a) file an answer explaining your position at

Clerk, U.S. Bankruptcy Court
Robert N.C. Nix Bldg.
900 Market Street, Suite 400
Philadelphia, PA  19107

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early

G:\218000\218059\218059 MFR 180425.doc

enough so that it will be received on or before the date stated above; and

        (b) mail a copy to the movant's attorney:

              Craig H. Fox, Esquire
              FOX AND FOX ATTORNEYS AT LAW, P.C.
              706 One Montgomery Plaza
              Norristown, PA  19401
              (610) 275-7990
              (610) 275-2866

    2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

    3.    A hearing on the Motion is scheduled to be held before Honorable Jean K. FitzSimon on Wednesday, May 30, 2018 at 9:30 a.m. in Courtroom #3, United States Bankruptcy Court, Robert N.C. Nix Bldg., 900 Market Street, Suite 400, Philadelphia, PA  19107.

    4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5.    You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an Answer.

Date:

cc:    U.S. Trustee
       Office of the U. S. Trustee
       833 Chestnut Street, Suite 500
       Philadelphia, PA  19107

       <u>Attorney for Movant</u>:

       Craig H. Fox, Esquire
       Fox and Fox
       One Montgomery Plaza, Suite 706
       Norristown, PA 19401

       <u>Attorney for Debtor</u>:

       John L. McClain, Esquire
       P.O. Box 123
       Narberth, PA 19072-0123

G:\218000\218059\218059 MFR 180425.doc

Trustee:

Frederick L. Reigle
Chapter 13 Trustee
P.O. Box 4010
Reading, PA  19606

G:\218000\218059\218059 MFR 180425.doc