WWR# 021376499

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER NO. 13 |
| ) | |
| Dorothy D. Morton ) | BANKRUPTCY NO. 17-14853-JKF |
| Debtor ) | |
| ) | Nature of Proceeding |
| LSF9 Master Participation Trust ) | Objection to Confirmation of Plan |
| Movant ) | |
| ) | Related to Document # 13 |

## **PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF PLAN**

CHECK ONE:

☒    The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.


Dated 05/15/2018                              /s/ Nathalie Paul
                                              Nathalie Paul
                                              Weltman, Weinberg & Reis Co. L.P.A.
                                              170 S. Independence Mall W., Suite 874W
                                              Philadelphia, PA 19106
                                              267-940-1643
                                              npaul@weltman.com
                                              Attorney for Movant