**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:                                                         CASE NO.: 17-14853-JKF
                                                                                CHAPTER 13
**Dorothy D. Morton,**
                                                                        Related Docket #: 33
Debtor.

CITIBANK, N.A., NOT IN ITS
INDIVIDUAL CAPACITY, BUT SOLELY
AS TRUSTEE OF NRZ PASS-THROUGH
TRUST VI ,

Movant
_____/

**PRAECIPE TO WITHDRAWAL OBJECTION TO CONFIRMATION**

The undersigned hereby withdraws the following identified pleading with the consent of hte opposition if any:

**DE #33, Objection to Confirmation of Plan, filed on February 5, 2018.**

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-241-1969

By: /s/ Kevin Buttery
    Kevin Buttery, Esquire
    Bar Number 319438
Email: kbuttery@rascrane.com