United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-14853-jkf
Dorothy D. Morton                                                               Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP        Page 1 of 1        Date Rcvd: Jun 07, 2018
                      Form ID: 155    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2018.
db             +Dorothy D. Morton,   756 Fern Street,   Yeadon, PA 19050-3569

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2018 at the address(es) listed below:
        CRAIG H. FOX    on behalf of Creditor    Lendmark Financial Services, LLC
         bankruptcy@foxandfoxlaw.com,   cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
        JOHN L. MCCLAIN    on behalf of Debtor Dorothy D. Morton aaamcclain@aol.com,   edpabankcourt@aol.com
        KEVIN M. BUTTERY    on behalf of Creditor    CITIBank, N.A. bkyefile@rasflaw.com
        KEVIN M. BUTTERY    on behalf of Creditor    LSF9 Master Participation Trust bkyefile@rasflaw.com
        KEVIN M. BUTTERY    on behalf of Creditor    CITIBANK, N.A. bkyefile@rasflaw.com
        KEVIN M. BUTTERY    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL
         CAPACITY BUT SOLELY AS TRUSTEE NRZ PASS-THROUGH TRUST X bkyefile@rasflaw.com
        KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC, Et al. pa-bk@logs.com
        MARIO J. HANYON    on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com
        NATHALIE PAUL    on behalf of Creditor    LSF9 Master Participation Trust npaul@weltman.com,
         PitEcf@weltman.com
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS
         INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE NRZ PASS-THROUGH TRUST X bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                          TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Dorothy D. Morton
        Debtor(s)

Chapter: 13

Bankruptcy No: 17−14853−jkf

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 6th day June 2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                          Jean K. FitzSimon
                                          Judge ,
                                          United States Bankruptcy Court

                                                                           60 − 46
                                                                          Form 155