UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DOROTHY D. MORTON : | BK NO. 17-14853-jkf |
| Debtor(s) : | |
| LENDMARK FINANCIAL : | Chapter 13 |
| SERVICES, LLC : | |
| Moving Party : | |
| vs. : | |
| : | |
| DOROTHY D. MORTON, : | |
| Respondent(s) : | |

### ORDER

Upon consideration of the Motion of LENDMARK FINANCIAL SERVICES, LLC ("Lendmark") for Relief from the Automatic Stay and any response filed thereto, and after proper notice and an opportunity for hearing, it is hereby ORDERED that:

a.  Lendmark's Motion shall be and hereby is granted;

b.  The automatic stay is hereby lifted as to Lendmark and its predecessors, successors and assigns, with respect to the 2010 Ford Econoline vehicle and William H. Morton, Jr. ~~and that Lendmark and its predecessors, successors and assigns shall be permitted to take action against William H. Morton, Jr. and the Vehicle pursuant to the terms of the January 6, 2016 Loan, including, but not limited to, repossessing and selling the 2010 Ford Econoline vehicle on which it holds a lien~~;

c.  Rule 4001(a)(3) is not applicable and this Order Granting Relief from the Automatic Stay may immediately be enforced and implemented.

BY THE COURT,

_JEllen K. Fitz Simon_
_____
J.

Dated: June 11, 2018

G:\218000\218059\218059 MFR 180425.doc