United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-14853-jkf
Dorothy D. Morton                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi             Page 1 of 1              Date Rcvd: Jun 11, 2018
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2018.
db           +Dorothy D. Morton,    756 Fern Street,    Yeadon, PA 19050-3569

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2018                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2018 at the address(es) listed below:
      CRAIG H. FOX    on behalf of Creditor    Lendmark Financial Services, LLC
       bankruptcy@foxandfoxlaw.com,    cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
      JOHN L. MCCLAIN    on behalf of Debtor Dorothy D. Morton aaamcclain@aol.com,    edpabankcourt@aol.com
      KEVIN M. BUTTERY    on behalf of Creditor    CITIBank, N.A. bkyefile@rasflaw.com
      KEVIN M. BUTTERY    on behalf of Creditor    LSF9 Master Participation Trust bkyefile@rasflaw.com
      KEVIN M. BUTTERY    on behalf of Creditor    CITIBANK, N.A. bkyefile@rasflaw.com
      KEVIN M. BUTTERY    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL
       CAPACITY BUT SOLELY AS TRUSTEE NRZ PASS-THROUGH TRUST X bkyefile@rasflaw.com
      KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC, Et al. pa-bk@logs.com
      MARIO J. HANYON    on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com
      NATHALIE PAUL    on behalf of Creditor    LSF9 Master Participation Trust npaul@weltman.com,
       PitEcf@weltman.com
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS
       INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE NRZ PASS-THROUGH TRUST X bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                             TOTAL: 13

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DOROTHY D. MORTON : BK NO. 17-14853-jkf
           Debtor(s) :
LENDMARK FINANCIAL : Chapter 13
SERVICES, LLC :
           Moving Party :
vs. :
 :
DOROTHY D. MORTON, :
           Respondent(s) :

## ORDER

Upon consideration of the Motion of LENDMARK FINANCIAL SERVICES, LLC ("Lendmark") for Relief from the Automatic Stay and any response filed thereto, and after proper notice and an opportunity for hearing, it is hereby ORDERED that:

a.  Lendmark's Motion shall be and hereby is granted;

b.  The automatic stay is hereby lifted as to Lendmark and its predecessors, successors and assigns, with respect to the 2010 Ford Econoline vehicle and William H. Morton, Jr. ~~and that Lendmark and its predecessors, successors and assigns shall be permitted to take action against William H. Morton, Jr. and the Vehicle pursuant to the terms of the January 6, 2016 Loan, including, but not limited to, repossessing and selling the 2010 Ford Econoline vehicle on which it holds a lien~~;

c.  Rule 4001(a)(3) is not applicable and this Order Granting Relief from the Automatic Stay may immediately be enforced and implemented.

BY THE COURT,

_____ J.

Dated: June 11, 2018

G:\218000\218059\218059 MFR 180425.doc