**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
   Morton, Dorothy D.

      Debtor : 17-14853

### ORDER FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

    **AND NOW**, this __10th__ day of __July__, 2018, upon consideration of the Application for allowance of Compensation and Reimbursement of Expenses filed by Debtor's counsel, IT IS HEREBY

   **ORDERED** that the Application is granted and compensation of $6,500.00 and $0.00 in expenses are **ALLOWED,** and the unpaid balance of $6,250.00 and $0.00 may be paid by the Chapter 13 trustee as an administrative priority expense to the extent provided for by the Debtor's confirmed plan.

_____
Bankruptcy Judge

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Frederick Reigle, Trustee
P.O. Box 4010
Reading, PA 19606

Morton, Dorothy D.
756 Fern Street
Yeadon, PA 19050