**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                              : Chapter 13
    Morton, Dorothy D.

      Debtor(s)                                        : 17-14853

        :

**ORDER TERMINATING WAGE ORDER**

    **AND NOW,** this _____ day of _____ 2020, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

    **ORDERED**, that the wage order previously entered in this case, directing Defense Finance & Actg Serv to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

    BY THE COURT      _[signature]_

    _____
    JUDGE                               **Date: June 18, 2020**

Defense Finance & Actg Serv
Room 1907
1240 E. 9th Street
Cleveland, OH 44199

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Morton, Dorothy D.
756 Fern Street
Yeadon, PA 19050

Scott Waterman Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606