United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Dorothy D. Morton  
    Debtor

Case No. 17-14853-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Jun 18, 2020  
Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2020.  
db      +Dorothy D. Morton,   756 Fern Street,   Yeadon, PA 19050-3569  
        +Defense Financing & Actg Serv,   Room 1907,   1240 E. 9th Street,   Cleveland, OH 44199-9904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2020      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2020 at the address(es) listed below:  
     CRAIG H. FOX   on behalf of Creditor   Lendmark Financial Services, LLC bankruptcy@foxandfoxlaw.com, cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com  
     JOHN L. MCCLAIN   on behalf of Debtor Dorothy D. Morton aaamcclain@aol.com, edpabankcourt@aol.com  
     KEVIN M. BUTTERY   on behalf of Creditor   CITIBank, N.A. cdigianantonio@rascrane.com  
     KEVIN M. BUTTERY   on behalf of Creditor   LSF9 Master Participation Trust cdigianantonio@rascrane.com  
     KEVIN M. BUTTERY   on behalf of Creditor   CITIBANK, N.A. cdigianantonio@rascrane.com  
     KEVIN M. BUTTERY   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE NRZ PASS-THROUGH TRUST X cdigianantonio@rascrane.com  
     KEVIN S. FRANKEL   on behalf of Creditor   NATIONSTAR MORTGAGE LLC, Et al. pa-bk@logs.com  
     MARIO J. HANYON   on behalf of Creditor   LSF9 Master Participation Trust paeb@fedphe.com  
     NATHALIE PAUL   on behalf of Creditor   LSF9 Master Participation Trust npaul@weltman.com, pitecf@weltman.com  
     POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com  
     REBECCA ANN SOLARZ   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE NRZ PASS-THROUGH TRUST X bkgroup@kmllawgroup.com  
     SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com  
     United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
     TOTAL: 13

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                : Chapter 13
    Morton, Dorothy D.

    Debtor(s)                       : 17-14853
        :

**ORDER TERMINATING WAGE ORDER**

    **AND NOW,** this       day of              2020, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

    **ORDERED**, that the wage order previously entered in this case, directing Defense Finance & Actg Serv to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

BY THE COURT  *[signature]*

_____
JUDGE                                  **Date: June 18, 2020**

Defense Finance & Actg Serv
Room 1907
1240 E. 9th Street
Cleveland, OH 44199

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Morton, Dorothy D.
756 Fern Street
Yeadon, PA 19050

Scott Waterman Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606