Certificate Number: 05781-PAE-DE-034760237

Bankruptcy Case Number: 17-14853



05781-PAE-DE-034760237

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 10, 2020, at 5:24 o'clock PM PDT, Dorothy Morton completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 10, 2020              By:    /s/Allison M Geving

                                     Name:  Allison M Geving

                                     Title: President