| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 17-14853-AMC**

DOROTHY D. MORTON  
756 FERN STREET  
YEADON PA 19050

Petition Filed Date: 07/19/2017  
341 Hearing Date: 09/15/2017  
Confirmation Date: 06/06/2018

Case Status: Completed on 6/12/2020

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2019 | $475.00 | 852214145018 | 01/15/2019 | $475.00 | 852214146634 | 01/29/2019 | $475.00 | 852214147852 |
| 02/13/2019 | $475.00 | 852214149052 | 02/27/2019 | $475.00 | 852214150228 | 03/11/2019 | $475.00 | 852214151420 |
| 03/26/2019 | $475.00 | 852214152591 | 04/09/2019 | $475.00 | 852214154186 | 04/23/2019 | $475.00 | 852214156924 |
| 05/07/2019 | $475.00 | 852214159107 | 05/21/2019 | $475.00 | 852214160345 | 06/04/2019 | $475.00 | 852214162015 |
| 06/18/2019 | $475.00 | 852214163531 | 07/08/2019 | $475.00 | 852214164862 | 07/16/2019 | $475.00 | 852214166608 |
| 07/30/2019 | $475.00 | 852214167932 | 08/13/2019 | $475.00 | 852214169289 | 08/27/2019 | $475.00 | 852214170616 |
| 09/10/2019 | $475.00 | 852214171887 | 09/24/2019 | $475.00 | 852214173149 | 10/08/2019 | $475.00 | 852214175412 |
| 10/23/2019 | $475.00 | 852214176576 | 11/05/2019 | $475.00 | 852214177746 | 11/20/2019 | $475.00 | 852214179137 |
| 12/04/2019 | $475.00 | 852217900301 | 12/17/2019 | $475.00 | 852217901502 | 12/31/2019 | $475.00 | 852217902626 |
| 01/14/2020 | $475.00 | 852217904159 | 01/28/2020 | $475.00 | 852217905515 | 02/11/2020 | $475.00 | 852217906727 |
| 02/25/2020 | $475.00 | 852217907804 | 03/10/2020 | $475.00 | 852217909010 | 03/24/2020 | $475.00 | 852217910238 |
| 04/06/2020 | $475.00 | 852217911686 | 04/21/2020 | $475.00 | 852217913088 | 05/05/2020 | $475.00 | 852217914149 |
| 05/19/2020 | $475.00 | 852217915181 | 06/02/2020 | $475.00 | 852217916181 | 06/16/2020 | $475.00 | 852217917364 |

**Total Receipts for the Period: $18,525.00   Amount Refunded to Debtor Since Filing: $1,511.33   Total Receipts Since Filing: $36,100.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | ALLY FINANCIAL<br>»» 002 | Secured Creditors | $17,837.20 | $17,837.20 | $0.00 |
| 8 | CAVALRY SPV I LLC<br>»» 008 | Unsecured Creditors | $1,414.99 | $1,414.99 | $0.00 |
| 6 | FAY SERVICING LLC<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 003 | Unsecured Creditors | $371.40 | $371.40 | $0.00 |
| 4 | LENDMARK FINANCIAL SERVICES LLC<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $533.56 | $533.56 | $0.00 |
| 7 | BECKET & LEE, LLP<br>»» 007 | Unsecured Creditors | $2,970.90 | $2,970.90 | $0.00 |
| 1 | NAVY FEDERAL CREDIT UNION<br>»» 001 | Unsecured Creditors | $1,140.64 | $1,140.64 | $0.00 |
| 9 | NATIONSTAR MORTGAGE LLC<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | JOHN L MC CLAIN ESQ<br>»» 010 | Attorney Fees | $6,250.00 | $6,250.00 | $0.00 |

**Chapter 13 Case No. 17-14853-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 11 | JOHN L MC CLAIN ESQ<br>»» 011 | Attorney Fees | $1,101.42 | $1,101.42 | $0.00 |
| 0 | DOROTHY D. MORTON | Debtor Refunds | $1,511.33 | $1,511.33 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $36,100.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $33,131.44 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,968.56 | Total Plan Base: | $35,150.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.