```
                       United States Bankruptcy Court
                       Eastern District of Pennsylvania

In re:                                                          Case No. 17-14853-amc
Dorothy D. Morton                                               Chapter 13
      Debtor                    CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 2              Date Rcvd: Aug 17, 2020
                              Form ID: 138NEW          Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2020.
db            +Dorothy D. Morton,    756 Fern Street,    Yeadon, PA 19050-3569
cr            +CITIBANK, N.A.,    6409 Congress Avenue, suite 100,    6409 Congress Avenue, suite 100,
                Boca Raton, FL 33487-2853
cr            +CITIBank, N.A.,    Robertson, Anschutz & Schneid, P.L.&#092,    6409 Congress ave.,    suite 100,
                Boca Raton, fl 33487-2853
cr             Lendmark Financial Services, LLC,    c/o Craig H. Fox, Esquire,
                Fox and Fox Attorneys at Law, P.C.,    One Montgomery Plaza, Suite 706,    425 Swede Street,
                Norristown, PA 19401
cr            +NATIONSTAR MORTGAGE LLC, Et al.,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
13953511      +Caliber Home Loans, In,    Po Box 24610,    Oklahoma City, OK 73124-0610
13991784      +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
                Tucson, AZ 85712-1083
14196068      +Cavalry SPV I, LLC,    c/o Patti H Bass, Esq,    Bass & Associates, PC,
                3936 E. Ft.Lowell Road, Suite 200,    Tucson, AZ 85712-1083
14386467       Citibank, N.A., as trustee for CMLTI Asset Trust,    PO Box 814609,    Dallas, TX  75381-4609
13953516       First Premier Bank,    601 S Minneaplois Ave,    Dious FDalls, SD 57104
13953517       IRS,    Andover, MA 01810-9041
13953518      +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
14015020      +LSF9 MASTER PARTICIPATION TRUST,    Caliber Home Loans,    PO Box 24330,
                Oklahoma City OK 73124-0330
14097144     #+Lendmark Financial Services, LLC,    c/o Craig H. Fox, Esquire,
                Fox and Fox Attorneys at Law, P.C.,    425 Swede Street,    One Montgomery Plaza, Suite 706,
                Norristown, PA 19401-4852
14021230       Main Street Acquisition Corp.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14196070      +Nationstar Mortgage, LLC,    c/o Kevin S Frankel, Esq.,    Shapiro & DeNardo,
                3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
14096879      +US Bank National Assoc., et al...,    c/o Nationstar Mortgage LLC,    d/b/a Mr. Cooper,
                PO Box 619096,    Dallas, TX 75261-9096
13953522      +William H. Morton, Jr,    756 Fern Street,    Yeadon, PA 19050-3569

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Aug 18 2020 04:24:06     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 18 2020 04:23:44
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 18 2020 04:24:01     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13953510      +E-mail/Text: ally@ebn.phinsolutions.com Aug 18 2020 04:23:25     Ally Financial,
                Attn: Bankruptcy,    PO Box 380901,    Bloomington, MN 55438-0901
13966634       E-mail/Text: ally@ebn.phinsolutions.com Aug 18 2020 04:23:25     Ally Financial,
                PO Box 130424,    Roseville MN 55113-0004
13953512      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 18 2020 04:25:53     Capital One,
                Attn: General Correspondence/Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
13953513      +E-mail/PDF: creditonebknotifications@resurgent.com Aug 18 2020 04:25:42     Credit One Bank Na,
                PO Box 98873,    Las Vegas, NV 89193-8873
13953514      +E-mail/Text: mrdiscen@discover.com Aug 18 2020 04:23:26     Discover Financial,    PO Box 3025,
                New Albany, OH 43054-3025
13953519       E-mail/Text: ktramble@lendmarkfinancial.com Aug 18 2020 04:23:24
                Lendmark Financial Services,    2118 Usher St,    Covington, GA 30014
14011027       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 18 2020 04:25:57
                LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13953520      +E-mail/Text: ext_ebn_inbox@navyfederal.org Aug 18 2020 04:24:22     Navy Federal Cr Union,
                PO Box 3000,    Merrifield, VA 22119-3000
13953521      +E-mail/Text: bnc@nordstrom.com Aug 18 2020 04:23:29     Nordstrom Fsb,    Correspondence,
                PO Box 6555,    Englewood, CO 80155-6555
13954441      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 18 2020 04:25:43
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14007767      +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 18 2020 04:24:00     Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14196066      +E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2020 04:25:39     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
                Tucson, AZ 85712-1083
cr*            Citibank, N.A., as trustee for CMLTI Asset Trust,    PO Box 814609,    Dallas, TX  75381-4609
cr*           +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13953515*     +Dorothy D. Morton,    756 Fern Street,    Yeadon, PA 19050-3569
                                                                                              TOTALS: 0, * 4, ## 0
```

```
District/off: 0313-2          User: PaulP              Page 2 of 2                  Date Rcvd: Aug 17, 2020
                              Form ID: 138NEW          Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2020 at the address(es) listed below:

```
          CRAIG H. FOX    on behalf of Creditor    Lendmark Financial Services, LLC
           bankruptcy@foxandfoxlaw.com,  cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
          JOHN L. MCCLAIN    on behalf of Debtor Dorothy D. Morton aaamcclain@aol.com,  edpabankcourt@aol.com
          KEVIN M. BUTTERY    on behalf of Creditor    CITIBANK, N.A. cdigianantonio@rascrane.com
          KEVIN M. BUTTERY    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL
           CAPACITY BUT SOLELY AS TRUSTEE NRZ PASS-THROUGH TRUST X cdigianantonio@rascrane.com
          KEVIN M. BUTTERY    on behalf of Creditor    CITIBank, N.A. cdigianantonio@rascrane.com
          KEVIN M. BUTTERY    on behalf of Creditor    LSF9 Master Participation Trust
           cdigianantonio@rascrane.com
          KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC, Et al. pa-bk@logs.com
          MARIO J. HANYON    on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com
          NATHALIE PAUL    on behalf of Creditor    LSF9 Master Participation Trust npaul@weltman.com,
           pitecf@weltman.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS
           INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE NRZ PASS-THROUGH TRUST X bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 13
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Dorothy D. Morton
        Debtor(s)                                     Bankruptcy No: 17−14853−amc
                                                                               Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                             900 Market Street
                                Suite 400
                             Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                               For The Court
                                                                   Timothy B. McGrath
                                                                     Clerk of Court

Dated: 8/17/20

                                                                                                           93 − 92
                                                                                       Form 138_new