United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Dorothy D. Morton  
      Debtor

Case No. 17-14853-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: PaulP      Page 1 of 1      Date Rcvd: Sep 21, 2020  
                        Form ID: 195      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2020.  
db         +Dorothy D. Morton,    756 Fern Street,    Yeadon, PA 19050-3569

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2020                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2020 at the address(es) listed below:  
        CHARLES GRIFFIN WOHLRAB    on behalf of Creditor    Wilmington Savings Fund Society,  
         cwohlrab@rascrane.com  
        CRAIG H. FOX    on behalf of Creditor    Lendmark Financial Services, LLC  
         bankruptcy@foxandfoxlaw.com,    cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com  
        JOHN L. MCCLAIN    on behalf of Debtor Dorothy D. Morton aaamcclain@aol.com,    edpabankcourt@aol.com  
        KEVIN M. BUTTERY    on behalf of Creditor    LSF9 Master Participation Trust  
         cdigianantonio@rascrane.com  
        KEVIN M. BUTTERY    on behalf of Creditor    CITIBANK, N.A. cdigianantonio@rascrane.com  
        KEVIN M. BUTTERY    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL  
         CAPACITY BUT SOLELY AS TRUSTEE NRZ PASS-THROUGH TRUST X cdigianantonio@rascrane.com  
        KEVIN M. BUTTERY    on behalf of Creditor    CITIBank, N.A. cdigianantonio@rascrane.com  
        KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC, Et al. pa-bk@logs.com  
        MARIO J. HANYON    on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com  
        NATHALIE PAUL    on behalf of Creditor    LSF9 Master Participation Trust npaul@weltman.com,  
         pitecf@weltman.com  
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS  
         INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE NRZ PASS-THROUGH TRUST X bkgroup@kmllawgroup.com  
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Dorothy D. Morton : Case No. 17−14853−amc
      Debtor(s)

### *ORDER*
_____

AND NOW, this day , September 21, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

101
Form 195